# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LINDOLFO THIBES,

    Petitioner,

vs.

ROBERT LEGRAND, et al.,

    Respondents.

Case No. 3:11-CV-00339-ECR-(RAM)

**ORDER**

    Petitioner having submitted a motion for enlargement of time (first request) (#8); and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion for enlargement of time (first request) (#8) is **GRANTED**. Petitioner shall have through November 29, 2011, to file an amended petition for a writ of habeas corpus.

    IT IS FURTHER ORDERED that, for the reasons stated in the court's order of August 1, 2011 (#4), petitioner's motion for appointment of counsel (#3) is **DENIED**.

    DATED: August 26, 2011.

_____
EDWARD C. REED
United States District Judge