# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LINDOLFO THIBES,

    Petitioner,

vs.

ROBERT LEGRAND, et al.,

    Respondents.

Case No. 3:11-cv-00339-LRH-WGC

**ORDER**

The court dismissed this action because mail to petitioner had been returned. Order (#27). Petitioner has filed a motion for relief from order (#29), and respondents have filed a response indicating that they do not oppose the motion (#30). There is no need to wait for a reply from petitioner.

Respondents are correct. Although the copy of the returned envelope is obscured by writing from someone in the prison's mail room, it appears that the court sent its minute order (#26) to the wrong person. The parties agree that petitioner has not been paroled and that petitioner has not moved from the Lovelock Correctional Center.

IT IS THEREFORE ORDERED that petitioner's motion for relief from order (#29) is **GRANTED**. The order (#27) and judgment (#28) dismissing this action are **VACATED**, and this action is **REINSTATED**.

///

///

///

IT IS FURTHER ORDERED that the motion to dismiss (#16) is **REINSTATED**. The motion to dismiss is fully briefed, and no further briefing on the motion to dismiss is permitted.

DATED this 29th day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE